Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

FILED ___ LODGED
___ RECEIVED ___ COPY

JUN 3 0 2025

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
for the
District of Arizona ▼

_____Central_____ Division

David Sutherland Libuser

_____
*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Federal Aviation Administration

_____
*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

Case No. CV25-02270-PHX-ASB
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ✔ Yes ☐ No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

**I.    The Parties to This Complaint**

    **A.    The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | David Sutherland Libuser |
| Address | 4196 Keystone Ave |
| | Culver City, CA 90232 |
| | *City / State / Zip Code* |
| County | Los Angeles |
| Telephone Number | (310)839-5937 |
| E-Mail Address | lightjedi@gmx.com |

    **B.    The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Federal Aviation Administration |
| Job or Title *(if known)* | Federal Agency |
| Address | 800 Independence Ave, SW |
| | Washington, DC 20591 |
| | *City / State / Zip Code* |
| County | Washington |
| Telephone Number | (866)835-5322 |
| E-Mail Address *(if known)* | |

[ ] Individual capacity    [X] Official capacity

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Address | |
| | *City / State / Zip Code* |
| County | |
| Telephone Number | |
| E-Mail Address *(if known)* | |

[ ] Individual capacity    [ ] Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Defendant No. 3
　Name
　Job or Title *(if known)*
　Address

　　　　　　　　　　　　City　　　　　State　　　　　Zip Code

　County
　Telephone Number
　E-Mail Address *(if known)*

　☐ Individual capacity    ☐ Official capacity

Defendant No. 4
　Name
　Job or Title *(if known)*
　Address

　　　　　　　　　　　　City　　　　　State　　　　　Zip Code

　County
　Telephone Number
　E-Mail Address *(if known)*

　☐ Individual capacity    ☐ Official capacity

II.　**Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

　A.　Are you bringing suit against *(check all that apply)*:

　　☑ Federal officials (a *Bivens* claim)

　　☐ State or local officials (a § 1983 claim)

　B.　Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

　C.　Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

The plaintiff alleges that his fourth, eighth and fourteenth amendment rights are being violated by the defendant.

    D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens,* explain how each defendant acted under color of federal law. Attach additional pages if needed.

The plaintiff alleges that the defendant acted under color of law when approving hot air balloons as a method of air travel, which are inherently uncontrollable, hazardous and in violation of the rights of the plaintiff

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

    A.    Where did the events giving rise to your claim(s) occur?

The events giving rise to the claim of the plaintiff occurred in Washington, DC.

    B.    What date and approximate time did the events giving rise to your claim(s) occur?

The approximate date and time of the events giving rise to the claim of the plaintiff is the time period between around 1960 and present day.

    C.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

The plaintiff alleges that sometime around 1960, the Federal Aviation Administration began regulating the piloting of hot air balloons in the United States and has continued to regulate these activities since that time. The plaintiff alleges that there is no way to adequately regulate the piloting of hot air balloons because a hot air balloon pilot is completely out of control from the moment that it leaves the ground to the moment that it again impacts with the ground. The plaintiff further alleges that this total lack of control over a hot air balloon exists in spite of basic methods for influencing the behavior of the balloon whilst it is airborne; including sand bags, flaps, ropes and gas fires. Finally, the plaintiff alleges that a hot air balloon has no safe way of landing on the ground and must impact in a violent and uncontrolled crash after becoming airborne; leading to a near-miss with the plaintiff's vehicle and a descending hot air balloon in Sedona, AZ.

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

The plaintiff alleges that he has experienced disturbed sleep, fatigue and weight gain as a result of the near miss with a hot air balloon and his vehicle.

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

The plaintiff is requesting that the court order the defendant to pay actual damages in the amount of three billion dollars and zero cents ($3,000,000,000.00). The basis for this claim is that the plaintiff was damaged by the actions of the defendant.

The plaintiff is requesting that the court order the defendant to pay punitive damages in the amount of three billion dollars and zero cents ($3,000,000,000.00). The basis for this claim is that the defendant may be held to pay a punitive fine as a punishment for actions that damaged the plaintiff.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 06/21/2025

Signature of Plaintiff

Printed Name of Plaintiff    David Sutherland Libuser

### B. For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

City    State    Zip Code

Telephone Number

E-mail Address